# United States Court of Appeals
### For the Eighth Circuit
_____

No. 25-1822
_____

United States of America

*Plaintiff - Appellee*

v.

Fabrice Lewis

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: October 28, 2025
Filed: October 31, 2025
[Unpublished]
_____

Before LOKEN, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Fabrice Lewis appeals the sentence imposed by the district court[1] after he pleaded guilty to a firearm offense pursuant to a plea agreement that includes an

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.

appeal waiver. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Lewis has filed a pro se brief, arguing that the court procedurally erred because it did not adjust his Guidelines range for time he spent in state custody on related charges.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____